EDWIN LAYER and Others, Respondents, v. CITY OF BUFFALO, Appellant.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted. [See 248 App. Div. 945.] Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ISADORE FREITAG, Appellant, v. HARTFORD FIRE INSURANCE COMPANY, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Application of F. E. COMPTON & Co., Judgment Creditor, Respondent, against EDNA T. WILLIAMS, Judgment Debtor, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

PENNSYLVANIA OIL PRODUCTS REFINING COMPANY, Appellant, v. WILLROCK PRODUCING COMPANY, INCORPORATED, and Others, Defendants, and FIRST NATIONAL BANK OF OLEAN, New York, Respondent.— Motion for a reargument denied, with ten dollars costs. Present—Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

CASIMERE KISZKISS, Appellant, v. THE WILLSEA WORKS, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FLOYD JOHNSON, Appellant, v. CERTAIN-TEED PRODUCTS CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of JOHN LEO SULLIVAN, an Attorney and Counselor at Law.— Order of January 11, 1933, modified to suspension and such suspension ordered terminated. [See 237 App. Div. 551.] Present — Sears, P. J., Taylor, Edgcomb and Thompson, JJ.

In the Matter of EDWARD J. GREEN, an Attorney and Counselor at Law.— Order of disbarment entered upon certified copy of judgment of Chautauqua County Court convicting the respondent of the crime of grand larceny, first degree, upon his plea of guilty thereto. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.